jurisprudential purpose. Only the parties have been furnished with a memorandum setting forth the reason for this order affirming the judgment pursuant to Rule 84.16(b).

■

**Lana June WILSON, Claimant/Appellant,**

v.

**SOUTH COUNTY MANOR,**
**Employer/Respondent.**

No. 65113.

Missouri Court of Appeals,
Eastern District,
Division One.

July 12, 1994.

■

**Arthur VREDENBURGH,**
**et al., Appellant,**

v.

**SCENIC VIEW ACRES HOMEOWNERS**
**ASSOC., et al., Respondent.**

No. 65072.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 12, 1994.

Steven Mark Davis, Arnold, for appellant.

Robert L. Brown, Arnold, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

*ORDER*

PER CURIAM.

Plaintiffs' appeal from the judgment of the Circuit Court of Jefferson County upholding the validity of subdivision restrictions and assessments levied thereunder. We affirm.

We find the single claim of error to be without merit; no error of law appears and the findings and conclusions of the trial court are not clearly erroneous. An opinion would have no precedential value nor serve any

Jerome L.T. Lefton, St. Louis, for appellant.